892]—

Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.

JOHN R. CONSEDINE, Respondent, v PORTVILLE CENTRAL SCHOOL DISTRICT et al., Appellants. (Appeal No. 2.) [852 NYS2d 886]—

Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.

JOHN R. CONSEDINE, Respondent, v PORTVILLE CENTRAL SCHOOL DISTRICT et al., Appellants. (Appeal No. 3.) [853 NYS2d 518]—

Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT JONES, Appellant. [853 NYS2d 518]—

Present—Scudder, P.J., Centra, Lunn, Fahey and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATHRYN LEWIS, Appellant. [852 NYS2d 890]—